# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-1016-AG(KESx) consol with SAV 17-1100-AG(KESx); SACV 17-1228-AG(KESx); SACV 17-1282-AG(KESx); SACV 17-1374-AG(KESx) and SACV 17-1488-AG(KESx) | Date | October 31, 2017 |

Title

Present: The Honorable     ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**    [IN CHAMBERS] ORDER STATISTICALLY CLOSING CONSOLIDATED CASES

A Consolidated Class Action Complaint having been filed on October 27, 2017 in lead case SACV 17-1016-AG(KESx), the Court orders that cases SAV 17-1100-AG(KESx), SACV 17-1228-AG(KESx), SACV 17-1282-AG(KESx), SACV 17-1374-AG(KESx) and SACV 17-1488-AG(KESx) be statistically inactivated at this time.

: 

Initials of Preparer    lmb